■ In the Matter of DOUGLAS K. MURPHY, Appellant, v VILLAGE OF DOLGEVILLE et al., Respondents. [617 NYS2d 672]

—Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly determined that respondents complied with General Municipal Law § 207-m by increasing petitioner's salary by at least the same dollar amount granted to the highest ranking subordinate position in the bargaining unit *(see,* 1984 Opns St Comp No. 84-20). (Appeal from Judgment of Supreme Court, Herkimer County, Tenney, J.—Article 78.) Present—Balio, J. P., Lawton, Wesley, Doerr and Boehm, JJ.